**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASHLEY R. SUTHERLAND,** ) | CV F 08-1619 LJO WMW HC |
| ) | |
| Petitioner, ) | |
| ) | **ORDER DENYING MOTION** |
| ) | **FOR SCHEDULING ORDER** |
| vs. ) | **AND FOR EXPEDITED** |
| ) | **REVIEW** |
| ) | |
| **NEIL H. ADLER,** ) | [Doc. 3] |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |
| _____ ) | |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On November 3, 2008, Petitioner filed a motion requesting that the court issue a scheduling order and that this matter be set for expedited review.

      The court does not have a mechanism for calendaring a matter for expedited review. The court understands Petitioner's need and desire to have his case heard quickly, as he

believes that relief is warranted. However, the court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted. Case management at the court proceeds by the order cases are received. Due to the high volume of such cases and the court's diligent handling of each case, a court decision often takes time. Petitioner can rest assured that the court acts to resolve all pending cases in the most efficient manner possible. Accordingly, Petitioner's case will be heard in due course.

Based on the above, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   November 6, 2008**             /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE