# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY R. SUTHERLAND, ) | 1:08-cv-1619 LJO WMW (HC) |
| Petitioner, ) | |
| v. ) | ORDER GRANTING EXTENSION OF TIME |
| NEIL H. ADLER, Warden ) | [Doc. #14] |
| Respondent. ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 17, 2009, Respondent filed a request for an extension of time in which to file a response to Petitioner's petition for habeas corpus. Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty-five (35) days to file a response.

IT IS SO ORDERED.

**Dated:   March 23, 2009**         /s/  William M. Wunderlich
                                   UNITED STATES MAGISTRATE JUDGE